# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

**-vs-** **Case No 3:26-cr-256-HES-SJH**

**CHARLIE BERNARD GRIFFIN, III**
**ETHELBERT CHINENYE NWANEGBO**

**Defense Atty.: David Barksdale, Esq.**
**Patrick Korody, Esq.**
**AUSA: Chip Corsmeier, Esq.**

| | | | |
|---|---|---|---|
| JUDGE | **Samuel J. Horovitz**<br>**U. S. Magistrate Judge** | DATE AND TIME | **10/30/2026**<br>**2:04 p.m. – 2:37 p.m.** |
| DEPUTY CLERK | **Barbara Rothermel** | TAPE/REPORTER | **Digital** |
| INTERPRETER | **None present** | PRETRIAL/PROBATION | **Daniel Dumpit** |

CLERK'S MINUTES

**<u>PROCEEDINGS</u>:** **INITIAL APPEARANCE, ARRAIGNMENT & BOND**

Each Defendant is present with retained counsel.

Each Defendant advised of rights, charges, and forfeiture provision.

Each Defendant pleads not guilty to each count against him.

Government to provide discovery by the end of the day on: **November 6, 2026**

Jencks Act Material/Witness List**: 3 calendar days before trial**

Status: **November 18, 2026, at 1:30 p.m. before the Honorable Harvey E. Schlesinger.**

Trial: **December 7, 2026, at 9:30 a.m. before the Honorable Harvey E. Schlesinger.**

**Standing Order to enter.**

Government's oral motion for bond as to both Defendants is **GRANTED.**

**Orders Setting Conditions of Release to enter.**

As required by Rule 5(f), the United States is ordered to produce all exculpatory evidence to the Defendant pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny. Not doing so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings.

**FILED IN OPEN COURT:**
**Notice of Acceptance of General Discovery (2)**