**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.** **Case No. 3:26-cr-256-HES-SJH**

**CHARLIE BERNARD GRIFFIN, III, and**
**ETHELBERT CHINENYE NWANEGBO,**

**Defendants.**

______________________________/

# ORDER

Based on Local Rule 1.07(a), this case is **TRANSFERRED** to the Honorable Jordan Pratt, with his consent, because it is related to Case No. 3:26-cr-25-JEP-SJH and Case No. 3:26-cr-159-JEP-LLL.

**DONE AND ORDERED** at Jacksonville, Florida, this 3rd day of November, 2026.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Hon. Jordan Pratt, U.S. District Judge
Arnold B. Corsmeier, Esq.
Allan Farquhar Brooke, II, Esq.
Oliver David Barksdale, Esq.
Patrick Kane Korody, Esq.